# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SAMUEL BODDEN                                    NO.   2022 CW 1307

VERSUS

SMITH MARINE TOWING                        **FEBRUARY 1, 2023**
CORPORATION

---

In Re:   Smith   Marine   Towing   Corporation,   applying   for
         supervisory  writs,  16th  Judicial  District  Court,
         Parish of St. Mary, No. 135947.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant
to relator's motion advising that the plaintiff has withdrawn
his claim for punitive damages and the writ application can be
dismissed.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.SₙO_

DEPUTY CLERK OF COURT
   FOR THE COURT